AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## District of Kansas

| | |
|---|---|
| APRIL LYNN DAVIS<br>*Plaintiff(s)*<br>v.<br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security<br>*Defendant(s)* | )<br>)<br>)  Civil Action No. 15-1049-JWL<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ %, per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The Commissioner's decision is REVERSED and judgment is entered pursuant to the fourth sentence of 42 U.S.C. § 405(g) REMANDING the case for further proceedings consistent with the Memorandum and Order filed on January 15, 2016.

This action was *(check one)*:

☐ tried by a jury with _____ presiding, and the jury has rendered a verdict.

☐ tried by _____ without a jury and the above decision was reached.

☐ decided by _____ on a motion for _____

Date: 01/15/2016

TIMOTHY M. O'BRIEN
*CLERK OF COURT*

s/ Sharon Scheurer
*Signature of Clerk or Deputy Clerk*